IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHAREEF CHILDS,

    Plaintiff,

v.

ADAM J. BIRCHEM,

    Defendants.

ORDER

Case No. 24-cv-482-jdp
App. No. 26-1075

---

On February 2, 2026, the court ordered plaintiff Shareef Childs to make an initial partial payment of the appellate docketing fee in the amount of $130.28, to be submitted by February 23, 2026. Now plaintiff has filed a motion to use release account funds to make the payment. The motion is granted.

The only amount that plaintiff must pay at this time is the initial partial payment of $130.28. Before prison officials take any portion of the payment from plaintiff's release account, they may take money from plaintiff's regular account, up to the full amount that plaintiff owes. Since plaintiff has not yet made the payment, an enlargement of time until March 19, 2026 is provided.

ORDER

IT IS ORDERED that:

1. Plaintiff Shareef Childs's motion to use release account funds to make an initial partial payment of the appellate docketing fee is GRANTED, as noted above.

2. Plaintiff may have until March 19, 2026 to submit a check or money order made payable to the clerk of court in the amount of $130.28. If plaintiff fails to make the payment

by March 19, 2026, or fails to show cause why the payment could not be made, then the clerk's office will notify the court of appeals so that it may take whatever action it deems appropriate with respect to this appeal.

Entered this 25th day of February, 2026.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge